KINDRA DENEAU (State Bar No. 024156)
7135 East Camelback Rd., Suite 230
Scottsdale, Arizona 85251
Telephone: (480) 306-5977
Facsimile: (602) 626-3504
kdeneau@lemberglaw.com

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Cynthia Akason

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia Akason,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GC Services, L.P.; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:11-cv-00314-ROS<br><br>**NOTICE OF SETTLEMENT**<br><br>**AND**<br><br>**REQUEST TO VACATE TUESDAY, JUNE 28, 2011'S RULE 16 SCHEDULING CONFERENCE SET FOR 2:30 P.M.** |

**NOTICE OF SETTLEMENT & REQUEST TO VACATE**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a stipulation to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days. Therefore, in lieu of the parties' settlement, undersigned counsel, with opposing counsel's permission, hereby requests that Tuesday's Rule 16 Scheduling Conference set for 2:30 p.m. on Tuesday, June 28, 2011 be vacated.

RESPECTFULLY SUBMITTED this 24th day of June, 2011.

LEMBERG & ASSOCIATES, LLC

 */s/ Kindra Deneau*
KINDRA DENEAU

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On June 24, 2011, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT AND REQUEST TO VACATE TUESDAY, JUNE 28, 2011'S RULE 16 SCHEDULING CONFERENCE SET FOR 2:30 P.M.**

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on June 24, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Defendant GC Services, L.P.**<br><br>Victoria L. Orze, Esq.<br>Hinshaw & Culbertson LLP<br>3200 N. Central Avenue, Suite 800<br>Phoenix, AZ 85012<br>*Attorney for Defendant* |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

1  I hereby certify that I am employed in the office of a member of the Bar of this
2  Court at whose direction the service was made.
3
4  Executed on June 24, 2011.
5
6                                        /s/ Joshua Markovits
                                         Joshua Markovits
                                         Paralegal for Kindra Deneau

4