IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Cynthia Akason, | ) | No. CV 11-00314-ROS |
| Plaintiff, | ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | ) | |
| GC Services, L.P., et al., | ) | |
| Defendants. | ) | |

The parties, having filed a stipulation for dismissal with prejudice (Doc #19), and cause appearing,

IT IS ORDERED dismissing this matter with prejudice, all parties to bear their own costs and attorneys' fees.

DATED this 10th day of August, 2011.

_____
Roslyn O. Silver
Chief United States District Judge